

U.S. Department of Justice

United States Attorney's Office
District of Delaware

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

October 19, 2005

Mr. Robert Cruikshank
Deputy Clerk
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re: Darryl Chambers v. United States of America,
        Cr. A. No. 97-105–KAJ
        Civ. A. No. 04-1317-KAJ

Dear Mr. Cruikshank:

    Thank you for the information that you provided in our telephone conversation this morning. As I understand it, the documents that the Government sent to the Court and to Mr. Chambers yesterday were not accepted for filing and that the proper method to proceed was by letter. Please accept this letter as the Government's request that the Court seal docket items 90 and 91 in the above case. The Government will electronically file redacted public versions of those two docket items.

    Thank you for your consideration.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        Uited States Attorney

                                  By *[signature: Robert J. Prettyman]*
                                        Robert J. Prettyman
                                        Assistant United States Attorney

cc: Mr. Darryl Chambers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DARRYL CHAMBERS,     :
         Petitioner,     :
                                   :   Civil Action No. 04-1317 – KAJ
       v.     :   Criminal Action No. 97-105-KAJ
UNITED STATES OF AMERICA,     :
         Respondent.     :

### AFFIDAVIT OF SERVICE

I, Cynthia McMichael, an employee of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on the 19th day of October, 2005, I electronically filed a letter to Deputy Clerk, Robert Cruikshank, United States District Court concerning Docket Items 90 and 91 with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I also caused said document to be served on Petitioner Darryl Chambers by causing two copies of said document addressed to him to be placed in the U.S. Mail for delivery to the following address:

Mr. Darryl Chambers, *Pro Se*
Reg. No. 04022-015
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887-1000
LEGAL MAIL

*Cynthia L. McMichael*
Cynthia L. McMichael
Legal Assistant
Cynthia.McMichael@usdoj.gov