# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DARRYL CHAMBERS,       :

       :

     PETITIONER,     :

       :

       :     Civil Action No.  04-1317 – KAJ

     v.       :     Criminal Action No. 97-105-KAJ

       :

       :

       :     REDACTED  PUBLIC  VERSION

UNITED STATES OF AMERICA, :

       :

     RESPONDENT.     :

## APPENDIX TO
## RESPONSE BY UNITED STATES TO CHAMBERS' MOTION TO EXCUSE
## PROCEDURAL DEFAULT AND MOTION TO GRANT WRIT
### Volume 1

**ATTORNEYS FOR UNITED STATES**
**Colm F. Connolly**
**United States Attorney**
**Robert J. Prettyman**
**Assistant United States Attorney**
**1007 N. Orange Street**
**Suite 700**
**P.O. Box 2046**
**Wilmington, DE 19899-2046**

Date: March 25, 2005

## **APPENDIX – Volume 1**

**PAGE**

Docket Sheet in Cr. A. No. 97-105.......................................................................... A - 1

Indictment ........................................................................................................... A - 11

Sentencing Stipulation ......................................................................................... A - 14

Sentencing Hearing Transcript ............................................................................ A - 17

Judgment (minus page 6) ..................................................................................... A - 22

Chambers' August 7, 2000 Letter ....................................................................... A - 28

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CRIMINAL DOCKET FOR CASE #: 1:97-cr-00105-KAJ-ALL

Case title: USA v. Chambers                          Date Filed: 12/16/1997

Assigned to: Honorable Kent A. Jordan

**Defendant**

**Darryl Chambers** (1)
*also known as*
WOLFIE (1)

represented by **Darryl Chambers**
#04022-015
FCI Allenwood
P.O. Box 1000
White Deer, PA 17887
PRO SE

**Joseph W. Benson**
Joseph W. Benson, Esq.
1701 N. Market St.
P.O. Box 248
Wilmington, DE 19899
(302) 656-8811
*TERMINATED: 11/19/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:846 - CONSPIRACY TO POSSESS
W/INTENT TO DISTRIBUTE
COCAINE & COCAINE BASE (CT. I
- 7/97 THRU 12/8/97)
(1)

**Disposition**

IMPRISONMENT 204 MONTHS;
SUPERVISED RELEASE 5 YEARS;
SPECIAL ASSESSMENT $100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:841(a)(1) & (b)(1)(B) & 18:2 -
POSSESS COCAINE AND COCAINE
BASE INTENDING TO DISTRIBUTE
(CT. II - 12/8/97)
(2)

**Disposition**

DISMISSED ON GOVERNMENT'S
MOTION

**A-1**

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

| | |
|---|---|
| **Plaintiff** | |
| **USA** | represented by **Robert J. Prettyman** |
| | U.S. Attorney's Office |
| | The Nemours Building |
| | 1007 Orange Street, Suite 700 |
| | P.O. Box 2046 |
| | Wilmington, DE 19899-2046 |
| | (302) 573-6277 |
| | Fax: (302) 573-6220 |
| | Email: robert.prettyman@usdoj.gov |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/1997 | 1 | INDICTMENT as to Darryl Chambers (1) count(s) 1, 2 (ljj) (Entered: 12/17/1997) |
| 12/16/1997 | 2 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Darryl Chambers, re: Initial Appearance on 12/18/97 at 2:30 p.m. (ljj) (Entered: 12/17/1997) |
| 12/16/1997 | 3 | WRIT of Habeas Corpus ad Prosequendum issued as to Darryl Chambers for initial appearance on 12/18/97 (Exit 2 cert. copies to USM.) (ljj) (Entered: 12/17/1997) |
| 12/17/1997 | | Deadline updated as to Darryl Chambers, set Initial Appearance for 2:30 12/18/97 for Darryl Chambers (ljj) (Entered: 12/17/1997) |
| 12/18/1997 | 4 | SENTENCING NOTICE of by USA as to Darryl Chambers (ljj) (Entered: 12/19/1997) |
| 12/18/1997 | | Initial appearance held as to Darryl Chambers (Defendant informed of rights.); Trostle U.S. Magis. presiding; The deft. stated he has retained Joseph Benson as cnsl.; The Court granted govt. motion to detain pending det. hrg.; Detention Hearing set for 2:00 12/22/97 for Darryl Chambers (ljj) (Entered: 12/22/1997) |
| 12/18/1997 | 5 | MOTION by USA as to Darryl Chambers to detain pending trial (ljj) (Entered: 12/22/1997) |
| 12/18/1997 | 6 | ORDER OF TEMPORARY DETENTION PENDING HEARING as to |

| | | |
|---|---|---|
| | | Darryl Chambers ( Signed by Judge Mary P. Trostle ) (Copies to cnsl, USM, Prob.) (ljj) (Entered: 12/22/1997) |
| 12/22/1997 | 7 | SENTENCING NOTICE of by USA as to Darryl Chambers (ljj) (Entered: 12/23/1997) |
| 12/22/1997 | | Detention hearing as to Darryl Chambers held, Trostle U.S. Magis. presiding; The Court granted govt. mot. to detain deft. pending trial; Arraignment set for 12/29/97 at 11:00 a.m. b/f Judge Farnan (Duty Judge) (ljj) (Entered: 12/23/1997) |
| 12/23/1997 | | Deadline updated as to Darryl Chambers, set Arraignment for 11:00 12/29/97 for Darryl Chambers (ljj) (Entered: 12/23/1997) |
| 12/23/1997 | 8 | CASE assigned to Judge Roderick R. McKelvie (Copies to Judge, cnsl.) (ljj) (Entered: 12/23/1997) |
| 12/29/1997 | | Arraignment as to Darryl Chambers held, Farnan Duty Judge presiding; Ct. Rptr. Kevin J. Maurer; Deft. appeared w/cnsl. & entered a plea of not guilty to the indictment (ljj) (Entered: 12/30/1997) |
| 01/05/1998 | 9 | LETTER from Joseph W. Benson, Esq. to AUSA, Robert J. Prettyman, Esq. requesting discovery as to Darryl Chambers (ljj) (Entered: 01/06/1998) |
| 01/05/1998 | 10 | NOTICE & MOTION by Darryl Chambers to Suppress Evidence (ljj) (Entered: 01/06/1998) |
| 01/08/1998 | 11 | ORDER OF DETENTION PENDING TRIAL as to Darryl Chambers granting [5-1] motion to detain pending trial as to Darryl Chambers (1) ( Signed by Judge Mary P. Trostle ) (Copies to cnsl, USM, Prob.) (ljj) (Entered: 01/12/1998) |
| 01/09/1998 | 12 | SCHEDULING ORDER as to Darryl Chambers setting Motion Hearing for 11:00 2/6/98 for Darryl Chambers ; Jury Instructions on 2/13/98 for Darryl Chambers ; Plea Agreement deadline on 2/13/98 for Darryl Chambers ; Jury Voir Dire on 2/13/98 for Darryl Chambers ; Jury Trial for 10:00 2/23/98 for Darryl Chambers ; ( Signed by Judge Roderick R. McKelvie ) (Copies to cnsl.) (ljj) (Entered: 01/12/1998) |
| 01/09/1998 | 13 | RESPONSE by USA as to Darryl Chambers re [10-1] motion to Suppress Evidence (ljj) (Entered: 01/13/1998) |
| 01/13/1998 | 14 | Steno Notes by Reporter Kevin J. Maurer as to Darryl Chambers for 12/29/97 arraignment (ljj) (Entered: 01/13/1998) |
| 01/22/1998 | 15 | Request for Voir Dire Questions by USA as to Darryl Chambers (ljj) (Entered: 01/22/1998) |
| 01/22/1998 | 16 | Govt's Request for Jury instructions as to Darryl Chambers (ljj) (Entered: 01/22/1998) |
| 01/22/1998 | 17 | LETTER by AUSA, Prettyman to Judge McKelvie as to Darryl Chambers, re: filing of voir dire & jury instructions (ljj) (Entered: 01/22/1998) |

| 01/22/1998 | 18 | ORDER as to Darryl Chambers, Motion Hearing set for 11:00 2/10/98 for Darryl Chambers for [10-1] motion to Suppress Evidence ( Signed by Judge Roderick R. McKelvie ) (Copies to cnsl.) (ljj) (Entered: 01/23/1998) |
| --- | --- | --- |
| 02/03/1998 | 19 | Request for Voir Dire Questions by USA as to Darryl Chambers (ljj) (Entered: 02/03/1998) |
| 02/03/1998 | 20 | Govt's Request for Jury Instructions as to Darryl Chambers (ljj) (Entered: 02/03/1998) |
| 02/09/1998 | 21 | MOTION by USA as to Darryl Chambers with Proposed Order to Compel Defendant To Provide Fingerprint Exemplar (ljj) (Entered: 02/09/1998) |
| 02/10/1998 | | Change of Plea Hearing as to Darryl Chambers held, McKelvie J. presiding; Ct. Rptr. Brian P. Gaffigan; Deft. appeared w/cnsl. and entered a plea of guilty to count I of the indictment; Plea agreement filed & accepted by the Court; Sentencing set for 5/19/98 at 10:00 a.m. (ljj) (Entered: 02/11/1998) |
| 02/10/1998 | | PLEA entered by Darryl Chambers . Court accepts plea. Guilty: Darryl Chambers (1) count(s) 1 (Terminated motions: [21-1] motion to Compel Defendant To Provide Fingerprint Exemplar as to Darryl Chambers (1), [10-1] motion to Suppress Evidence as to Darryl Chambers (1) ) (ljj) (Entered: 02/11/1998) |
| 02/10/1998 | 22 | Plea Agreement as to Darryl Chambers, McKelvie J. (ljj) (Entered: 02/11/1998) |
| 02/11/1998 | 23 | Steno Notes by Reporter Brian P. Gaffigan as to Darryl Chambers for 2/10/98 change of plea hrg. (ljj) (Entered: 02/11/1998) |
| 02/12/1998 | 24 | ORDER as to Darryl Chambers, set Sentencing for 10:00 5/19/98 for Darryl Chambers ( Signed by Judge Roderick R. McKelvie ) (Copies to cnsl.) (ljj) (Entered: 02/12/1998) |
| 03/06/1998 | 25 | WRIT of Habeas Corpus ad Prosequendum executed as to Darryl Chambers on 12/19/97 (maw) (Entered: 03/06/1998) |
| 04/28/1998 | 26 | PETITION by Darryl Chambers for Writ of Habeas Corpus ad testificandum as to Darryl Chambers (ljj) (Entered: 04/30/1998) |
| 04/28/1998 | 27 | PETITION by Darryl Chambers for Writ of Habeas Corpus ad testificandum (ljj) (Entered: 04/30/1998) |
| 05/01/1998 | | So Ordered as to Darryl Chambers granting [26-1] petition as to Darryl Chambers (1) ( Signed by Judge Roderick R. McKelvie ) Notice to counsel. (ljj) (Entered: 05/01/1998) |
| 05/01/1998 | | So Ordered as to Darryl Chambers granting [27-1] petition as to Darryl Chambers (1) ( Signed by Judge Roderick R. McKelvie ) Notice to counsel. (ljj) (Entered: 05/01/1998) |
| 05/01/1998 | 28 | WRIT of Habeas Corpus ad Testificandum issued for ███████████ |

| | | |
|---|---|---|
| | | for 5/19/98 at 10:00 a.m. - sent. in case as to Darryl Chambers (Exit 2 cert. copies to USM.) (ljj) (Entered: 05/01/1998) |
| 05/01/1998 | 29 | WRIT of Habeas Corpus ad Testificandum issued for ▓▓▓▓▓▓▓ for 5/19/98 at 10:00 a.m. - sent. in case as to Darryl Chambers (Exit 2 cert. copies to USM.) (ljj) (Entered: 05/01/1998) |
| 05/06/1998 | 30 | Govt's Answer to Darryl Chambers objs. to the Presentence Report (ljj) (Entered: 05/07/1998) |
| 05/26/1998 | 31 | ORDER as to Darryl Chambers, Set Sentencing for 10:00 6/29/98 for Darryl Chambers ( Signed by Judge Roderick R. McKelvie ) (Copies to cnsl.) (rbe) (Entered: 05/26/1998) |
| 06/02/1998 | 32 | PETITION by Darryl Chambers for Writ of Habeas Corpus ad testificandum (dcap) (Entered: 06/03/1998) |
| 06/02/1998 | 33 | PETITION by Darryl Chambers for Writ of Habeas Corpus ad testificandum, re ▓▓▓▓▓▓▓ (dcap) (Entered: 06/03/1998) |
| 06/05/1998 | | So Ordered 6/4/98 as to Darryl Chambers granting [32-1] petition as to Darryl Chambers (1) ( Signed by Judge Roderick R. McKelvie ) Notice to counsel. (ljj) (Entered: 06/05/1998) |
| 06/05/1998 | | So Ordered 6/4/98 as to Darryl Chambers granting [33-1] petition as to Darryl Chambers (1) ( Signed by Judge Roderick R. McKelvie ) Notice to counsel. (ljj) (Entered: 06/05/1998) |
| 06/08/1998 | 34 | WRIT of Habeas Corpus ad Testificandum issued for ▓▓▓▓▓▓▓ for 6/29/98 at 10:00 a.m. in case as to Darryl Chambers (Exit 2 cert. copies to USM.) (ljj) (Entered: 06/08/1998) |
| 06/08/1998 | 35 | WRIT of Habeas Corpus ad Testificandum issued for ▓▓▓▓▓▓▓ for 6/29/98 at 10:00 a.m. in case as to Darryl Chambers (Exit 2 cert. copies to USM.) (ljj) (Entered: 06/08/1998) |
| 06/30/1998 | 36 | WRIT of Habeas Corpus ad Testificandum executed for ▓▓▓▓▓▓▓ on 6/29/98 in case as to Darryl Chambers (ljj) (Entered: 06/30/1998) |
| 06/30/1998 | 37 | WRIT of Habeas Corpus ad Testificandum executed for ▓▓▓▓▓▓▓ on 6/29/98 in case as to Darryl Chambers (ljj) (Entered: 06/30/1998) |
| 06/30/1998 | 38 | LETTER by Judge McKelvie to U.S. Prob. Officer Walter Matthews as to Darryl Chambers, re: enclosing copies of character ref. letters received on behalf of deft. (ljj) (Entered: 06/30/1998) |
| 06/30/1998 | 39 | Steno Notes by Reporter Brian P. Gaffigan as to Darryl Chambers for 6/29/98 sentencing (ljj) (Entered: 06/30/1998) |
| 07/01/1998 | 40 | ORDER as to Darryl Chambers, reset Sentencing for 10:00 8/19/98 for Darryl Chambers ( Signed by Judge Roderick R. McKelvie ) (Copies to cnsl.) (ljj) (Entered: 07/02/1998) |
| 07/06/1998 | 41 | PETITION by Darryl Chambers for Writ of Habeas Corpus ad |

| | | |
|---|---|---|
| | | testificandum as to Darryl Chambers (ljj) (Entered: 07/07/1998) |
| 07/06/1998 | 42 | PETITION by Darryl Chambers for Writ of Habeas Corpus ad testificandum as to Darryl Chambers (ljj) (Entered: 07/07/1998) |
| 07/08/1998 | | So Ordered as to Darryl Chambers granting [41-1] petition as to Darryl Chambers (1) ( Signed by Judge Roderick R. McKelvie ) Notice to counsel. (rbe) (Entered: 07/09/1998) |
| 07/08/1998 | | So Ordered as to Darryl Chambers granting [42-1] petition as to Darryl Chambers (1) ( Signed by Judge Roderick R. McKelvie ) Notice to counsel. (rbe) (Entered: 07/09/1998) |
| 07/09/1998 | | WRIT of Habeas Corpus ad Testificandum NOT ISSUED fo: ▓▓▓▓ for 6/29/98, 10:00 a.m. due to incorrect date requested; in case as to Darryl Chambers (Writ's to be issued upon receipt/ordering of corrected petition(s)) (rbe) Modified on 07/09/1998 (Entered: 07/09/1998) |
| 07/09/1998 | 43 | CORRECTED PETITION by Darryl Chambers for Writ of Habeas Corpus ad testificandum; re: ▓▓▓▓ (rbe) (Entered: 07/09/1998) |
| 07/10/1998 | | So Ordered as to Darryl Chambers granting [43-1] petition as to Darryl Chambers (1) ( Signed by Judge Roderick R. McKelvie ) Notice to counsel. (ljj) (Entered: 07/13/1998) |
| 07/13/1998 | 44 | WRIT of Habeas Corpus ad Testificandum issued for ▓▓▓▓ for 8/19/98 at 10:00 a.m. in case as to Darryl Chambers (Exit 2 cert. copies to USM.) (ljj) (Entered: 07/14/1998) |
| 07/13/1998 | 45 | WRIT of Habeas Corpus ad Testificandum issued for ▓▓▓▓ for 8/19/98 at 10:00 a.m. in case as to Darryl Chambers (Exit 2 cert. copies to USM.) (ljj) (Entered: 07/14/1998) |
| 08/20/1998 | 46 | WRIT of Habeas Corpus ad Testificandum returned unexecuted for ▓▓▓▓ in case as to Darryl Chambers (ljj) (Entered: 08/21/1998) |
| 08/20/1998 | 47 | WRIT of Habeas Corpus ad Testificandum returned unexecuted for ▓▓▓▓ in case as to Darryl Chambers (ljj) (Entered: 08/21/1998) |
| 08/20/1998 | 48 | ORDER as to Darryl Chambers, reset Sentencing for 10:00 8/31/98 for Darryl Chambers ( Signed by Judge Roderick R. McKelvie ) (Copies to cnsl.) (ljj) (Entered: 08/21/1998) |
| 08/21/1998 | 49 | PETITION by Darryl Chambers for Writ of Habeas Corpus ad testificandum , re: testimony c ▓▓▓▓ at the 8/31/98 sentencing hrg. of deft. Chambers (Entered: ▓▓▓▓ 998) |
| 08/21/1998 | 50 | PETITION by Darryl Chambers for Writ of Habeas Corpus ad testificandum, re: testimony of ▓▓▓▓ e 8/31/98 sentencing of deft. Chambers (ljj) (Entered: 08/24/1998) |
| 08/24/1998 | | So Ordered as to Darryl Chambers granting [49-1] petition as to Darryl Chambers (1) ( Signed by Judge Roderick R. McKelvie ) Notice to |

| | | |
|---|---|---|
| | | counsel. (ljj) (Entered: 08/24/1998) |
| 08/24/1998 | | So Ordered as to Darryl Chambers granting [50-1] petition as to Darryl Chambers (1) ( Signed by Judge Roderick R. McKelvie ) Notice to counsel. (ljj) (Entered: 08/24/1998) |
| 08/24/1998 | 51 | WRIT of Habeas Corpus ad Testificandum issued for ▮▮▮▮▮▮ for 8/31/98 in case as to Darryl Chambers (Exit 2 cert. copies to USM.) (ljj) (Entered: 08/24/1998) |
| 08/24/1998 | ~~ | WRIT of Habeas Corpus ad Testificandum issued for ▮▮▮▮▮▮ ▮▮▮▮▮▮ for 8/31/98 in case as to Darryl Chambers (Exit 2 cert. copies to USM.) (ljj) (Entered: 08/24/1998) |
| 08/31/1998 | | Contested Sentencing Hearing as to Darryl Chambers held, McKelvie J. presiding; Ct. Rptr. Valerie J. Gunning (ljj) (Entered: 09/04/1998) |
| 09/01/1998 | | Contested Sentencing Hearing as to Darryl Chambers held, McKelvie J. presiding; Ct. Rptr. Valerie J. Gunning (ljj) (Entered: 09/04/1998) |
| 09/02/1998 | 53 | ACKNOWLEDGMENT OF RECEIPT of govt. exhibit's 9, 10A, 10B, 10D, 10G, 10H, 11, 13, 14A&C, 15-16 & Deft's exhibit #1 as to Darryl Chambers (ljj) (Entered: 09/04/1998) |
| 09/02/1998 | 54 | WRIT of Habeas Corpus ad Testificandum executed for ▮▮▮▮▮▮ ▮▮▮▮▮▮ on 8/31/98 in case as to Darryl Chambers (ljj) (Entered: 09/04/1998) |
| 09/02/1998 | | Contested Sentencing Hearing held as to Darryl Chambers; McKelvie J. presiding; Ct. Rptr. Valerie J. Gunning (ljj) (Entered: 09/23/1998) |
| 09/17/1998 | 55 | TRANSCRIPT filed in case as to Darryl Chambers for dates of 8/31/98 sentencing hrg. Re: Court Reporter: Valerie J. Gunning (ljj) (Entered: 09/18/1998) |
| 09/17/1998 | 56 | TRANSCRIPT filed in case as to Darryl Chambers for dates of 9/1/98 continuation of sentenc Re: Court Reporter: Valerie J. Gunning (ljj) (Entered: 09/18/1998) |
| 09/17/1998 | 57 | TRANSCRIPT filed in case as to Darryl Chambers for dates of 9/2/98 continuation of sentencing matter Re: Court Reporter: Valerie J. Gunning (ljj) (Entered: 09/18/1998) |
| 10/13/1998 | 58 | LETTER by AUSA, Robert J. Prettyman, Esq. to Judge McKelvie as to Darryl Chambers, re: responding to deft's 10/8/98 letter to the Court (ljj) (Entered: 10/19/1998) |
| 10/29/1998 | 59 | SENTENCING STIPULATION by Darryl Chambers, USA as to Darryl Chambers (ljj) (Entered: 10/30/1998) |
| 10/29/1998 | | So Ordered as to Darryl Chambers granting [59-1] stipulation as to Darryl Chambers (1) ( Signed by Judge Roderick R. McKelvie ) Notice to counsel. (ljj) (Entered: 10/30/1998) |
| 11/04/1998 | 60 | ORDER dtd. 11/3/98 as to Darryl Chambers, set Sentencing for 12:30 |

| | | |
|---|---|---|
| | | 11/17/98 for Darryl Chambers ( Signed by Judge Roderick R. McKelvie ) (Copies to cnsl.) (ljj) (Entered: 11/04/1998) |
| 11/17/1998 | | Sentencing held Darryl Chambers (1) count(s) 1; McKelvie, J. presiding; Ct. Rptr. Kevin J. Maurer; Sent. of the Court: impris., 204 mos.; superv. release 5 yrs.; special assess. $100.00; Count II of the indictment dismissed on govt's motion (ljj) (Entered: 11/23/1998) |
| 11/17/1998 | | JUDGMENT registered against defendant Darryl Chambers (ljj) (Entered: 11/23/1998) |
| 11/17/1998 | 61 | MOTION by USA as to Darryl Chambers with Proposed Order to Dismiss Count II of the Indictment (ljj) Modified on 11/23/1998 (Entered: 11/23/1998) |
| 11/17/1998 | | So Ordered as to Darryl Chambers granting [61-1] motion to Dismiss Count II of the Indictment as to Darryl Chambers (1) ( Signed by Judge Roderick R. McKelvie ) Notice to counsel. (ljj) (Entered: 11/23/1998) |
| 11/17/1998 | | DISMISSAL of Count(s) on Government Motion as to Darryl Chambers Counts Dismissed: Darryl Chambers (1) count(s) 2 (ljj) (Entered: 11/23/1998) |
| 11/19/1998 | 62 | Steno Notes by Reporter Kevin J. Maurer as to Darryl Chambers for 11/17/98 sentencing hrg. (ljj) (Entered: 11/23/1998) |
| 11/19/1998 | 63 | JUDGMENT dtd. 11/18/98 as to Darryl Chambers (1) count(s) 1. IMPRISONMENT 204 MONTHS; SUPERVISED RELEASE 5 YEARS; SPECIAL ASSESSMENT $100.00 ( Signed by Judge Roderick R. McKelvie ) (Copies to cnsl, USM, Prob, FOB.) party Darryl Chambers (ljj) (Entered: 11/23/1998) |
| 12/29/1998 | | Judgment Returned Executed as to Darryl Chambers ; executed on 12/3/98 - deft. delivered to FCI Fairton (ret. attached to orig. judgment) (ljj) (Entered: 01/05/1999) |
| 09/02/1999 | 64 | TRANSCRIPT filed in case as to Darryl Chambers for dates of 11/17/98 Re: [0-0] sentencing hearing Court Reporter: Kevin J. Maurer (rbe) (Entered: 09/02/1999) |
| 08/17/2000 | 65 | LETTER to Judge McKelvie by Darryl Chambers re appeal rights (maw) (Entered: 08/29/2000) |
| 08/21/2000 | 66 | LETTER from Clerk of Court to Darryl Chambers in response to DI #65. (maw) (Entered: 08/29/2000) |
| 08/02/2004 | 67 | TRANSCRIPT filed in case as to Darryl Chambers for dates of 2/10/98 Re: sentence hearing Court Reporter: Brian Gaffigan (kjk) (Entered: 08/02/2004) |
| 09/30/2004 | 68 | ORDER as to Darryl Chambers issued by USCA 3rd Circuit denying Petitioner's Application to file a successive 2255 Motion. Petitioner's 2255 Motion and Response was fowarded to USDC/DE for processing as an initial 2255 Motion. (rwc) (Entered: 10/01/2004) |

| | | |
|---|---|---|
| 09/30/2004 | 69 | MOTION by Darryl Chambers to Vacate under 28 U.S.C. 2255 ( Civil Action # 04-1317); Petitioners Address: Reg# 04022-015, FCI-Allenwood, P.O. Box 1000, White Deer, PA 17887. (rwc) (Entered: 10/01/2004) |
| 09/30/2004 | 70 | MEMORANDUM OF LAW by Darryl Chambers in support of [69-1] motion to Vacate under 28 U.S.C. 2255 (rwc) (Entered: 10/01/2004) |
| 09/30/2004 | 71 | RESPONSE by USA as to Darryl Chambers, re [69-1] motion to Vacate under 28 U.S.C. 2255 (rwc) (Entered: 10/01/2004) |
| 10/01/2004 | 72 | CASE reassigned to Judge Kent A. Jordan (Copies to Judge, cnsl.) (dcap) (Entered: 10/01/2004) |
| 10/04/2004 | 73 | ACKNOWLEDGMENT OF RECEIPT of service of 2255 Motion as to Darryl Chambers filed by USA. (rwc) (Entered: 10/06/2004) |
| 10/05/2004 | 74 | ORDER as to Darryl Chambers, directing Petitioner to complete and return AEDPA Election Form set Status Report deadline to 11/4/04 for Darryl Chambers ( Signed by Judge Kent A. Jordan ) (Copies to cnsl & Petitioner.) (rwc) (Entered: 10/06/2004) |
| 11/01/2004 | 75 | AEDPA Form filed by Darryl Chambers: Petitioner elects to amend Petition. (rwc) (Entered: 11/01/2004) |
| 11/01/2004 | 76 | MOTION by Darryl Chambers to Proceed in Forma Pauperis Re: Amended Motion [DI#77] to Vacate under 28 USC sec. 2255. (rwc) (Entered: 11/01/2004) |
| 11/01/2004 | 77 | AMENDED MOTION by Darryl Chambers to Vacate under 28 U.S.C. 2255 ( Civil Action # 04-1317 KAJ) (rwc) (Entered: 11/01/2004) |
| 11/01/2004 | 78 | MEMORANDUM by Darryl Chambers (Titled as: " Petitioner's Pro Se Amended All-Inclusive Motion for Relief under 28 U.S.C. 2255") filed in support of re: [77-1] Amended Motion to Vacate under 28 U.S.C. 2255 (rwc) Modified on 11/01/2004 (Entered: 11/01/2004) |
| 11/01/2004 | 79 | AFFIDAVIT by Darryl Chambers as to Darryl Chambers Re: [77-1] Amended Motion to Vacate under 28 U.S.C. 2255 (rwc) (Entered: 11/01/2004) |
| 11/01/2004 | 80 | NOTICE of Service by Clerk of DI#'s 75-79 upon USA. (rwc) (Entered: 11/01/2004) |
| 11/04/2004 | 81 | ACKNOWLEDGMENT OF RECEIPT of service of DI#'s 75-79 by USA as to Darryl Chambers (rwc) (Entered: 11/04/2004) |
| 11/05/2004 | 82 | LETTER dated 11/4/04 by USA as to Darryl Chambers requesting DI#'s 63, 65, 66, 77, 78 & 79. (rwc) (Entered: 11/05/2004) |
| 11/08/2004 | 83 | ORDER that USA shall respond to Petitioner's Amended Motion to Vacate [DI#'s 77 & 78] on or before 12/8/04 as to Darryl Chambers. ( Signed by Judge Kent A. Jordan ) (Copies to AUSA, Petitioner.) (rwc) (Entered: 11/08/2004) |

| 11/12/2004 | 84 | MOTION by USA to Dismiss Chamber's 28 U.S.C. sec. 2255 Motion [DI#'s 69 & 77] as to Darryl Chambers (rwc) (Entered: 11/15/2004) |
| 12/01/2004 | 85 | TRAVERSE/RESPONSE by Darryl Chambers in opposition to [84-1] motion to Dismiss Chamber's 28 U.S.C. sec. 2255 Motion [DI#'s 69 & 77] (rwc) (Entered: 12/02/2004) |
| 12/01/2004 | 85 | MOTION by Darryl Chambers to Compel Discovery (rwc) (Entered: 12/02/2004) |
| 12/02/2004 | | Exit certified copy of DI#85 to AUSA. (rwc) (Entered: 12/02/2004) |
| 12/02/2004 | 86 | MOTION by USA as to Darryl Chambers with Proposed Order to Stay Time Period for Filing Answer (rwc) (Entered: 12/02/2004) |
| 12/03/2004 | 87 | ORDER as to Darryl Chambers granting [86-1] motion to Stay Time Period for Filing Answer as to Darryl Chambers 2255 motion (1) ( Signed by Judge Kent A. Jordan ) (Copies to cnsl.) (cas) (Entered: 12/06/2004) |
| 03/17/2005 | 88 | Document filed by Darryl Chambers titled "Motion to Excuse Procedural Default and Motion to Grant Writ" construed as a Supplemental BRIEF/MEMORANDUM in Opposition to [84] Motion to Dismiss. (rwc, ) (Entered: 03/18/2005) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 03/23/2005 16:32:12 | | |
| **PACER Login:** | us1292 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:97-cr-00105-KAJ Start date: 1/1/1970 End date: 3/23/2005 |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |



# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                     :

         Plaintiff,                          :

      v.                                        :      Criminal Action No. 97- 105

DARRYL CHAMBERS, a.k.a. WOLFIE,   :

         Defendant.                          :


## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

In or about July 1997, to on or about December 8, 1997, in the State and Judicial District of Delaware, Darryl Chambers, a.k.a. Wolfie, defendant herein, did knowingly conspire with "F.B." and "L.C." to possess with intent to distribute cocaine and cocaine base, controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

### COUNT II

On or about December 8, 1997, in the State and Judicial District of Delaware, Darryl Chambers, a.k.a. Wolfie, defendant herein, did knowingly possess cocaine and cocaine base, controlled substances, intending to distribute them, all in violation of

Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and Title 18, United States

Code, Section 2.

A TRUE BILL·



Foreperson

GREGORY M. SLEET
United States Attorney

BY: Robert J. Prettyman

Robert J. Prettyman
Assistant United States Attorney

Dated:    December 16, 1997

I, Darryl Chambers, a/k/a WOLFIE having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of _NOT_ guilty to the Indictment filed in this case.

Dated this 29th day of DEC 19 97

_____
Deft.

_____
Cnsl.



UNITED STATES DISTRICT COURT

District of Delaware

THE UNITED STATES OF AMERICA

vs.

**DARRYL CHAMBERS,**
*a.k.a. Wolfie*

INDICTMENT

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____

No. _____

FORM DBD-34
APRIL 91

---

I, Darryl Chambers a.k.a. Wolfie, having requested and been granted leave of the Court ( McKelvie   J.) do hereby change my plea from that of NOT GUILTY to that of GUILTY or ~~NOLO CONTENDERE~~ as to Counts _I_ in Open Court, this 10 th day of February 19 98.

_____
Deft.

_____
Cnsl.

CERTIFIED: 11/10/04
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk

A-13

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
    )
         Plaintiff,    )
    )
         v.    )  Criminal Action No. 97-105-RRM
    )
DARRYL CHAMBERS,    )
a.k.a. "Wolfie,"    )
    )
         Defendant.    )

## SENTENCING STIPULATION

The defendant knowingly, voluntarily and intelligently admits and the parties knowingly, voluntarily and intelligently agree and stipulate that:

1.   (a) the weight of the cocaine is at least 15 kilograms, but less than 50 kilograms and the weight of the crack cocaine is at least 150, but less than 500 grams; (b) the appropriate offense level for paragraph 26 of the defendant's Pre-Sentence Report for the weight of the cocaine and crack cocaine attributable to the defendant for sentencing is offense level 34; and (c) that this offense level is supported by the facts and evidence recited in the offense conduct section of the Pre-Sentence Report, the testimony and evidence presented at the sentencing hearing, by the law and guidelines and by the parties' reasonable and good faith compromise of the disputed facts as to the weight of the drugs;

2.   The other offense level adjustments in the Pre-Sentence

Report are appropriate and supported by the facts, testimony and evidence at the sentencing hearing, guidelines and law and the final offense level is 35;

3. the defendant's Criminal History Category is II, as stated in the Pre-Sentence Report;

4. no other adjustments and no departures from the guidelines range apply;

5. the range of imprisonment for the defendant's final offense level [35] and Criminal History Category [II] is 188-235 months imprisonment;

6. the parties agree to recommend 17 ~~6~~ years imprisonment as the appropriate range of imprisonment and agree that each party may make whatever sentencing arguments in support of that sentencing recommendation that the respective party deems appropriate so long as the recommended sentencing range of imprisonment is 17 ~~18~~ years; and

7. This stipulation resolves all outstanding objections to the Pre-Sentence Report so that neither party has any objections to the Pre-Sentence Report. This stipulation is the manner by which the defendant knowingly, voluntarily and intelligently desires to resolve any and all objections to the Pre-Sentence Report. The defendant understands that the Court will also impose as part of his sentence a term of supervised release and a special assessment and that the Court may impose a fine. The parties understand that the Court is

not bound by this stipulation.  Further, the parties understand that

they may not withdraw from this Stipulation if the Court does not

sentence the defendant in accord with this Stipulation.

**SO AGREED:**

RICHARD G. ANDREWS
United States Attorney

DATED: 10-28-98          BY: *Robert J. Prettyman*
                              Robert J. Prettyman
                              Assistant United States Attorney

Darryl Chambers          10/26/98
Defendant                Date

Joseph Benson, Esquire   10/26/98
Attorney for Darryl Chambers    Date

AND NOW this 29th day of October, 1998, the

foregoing Sentencing Stipulation is hereby (accepted) (rejected) by

the Court.

Honorable Roderick M. McKelvie
United States District Court Judge
District of Delaware

CERTIFIED: 11/10/04
AS A TRUE COPY.
ATTEST:
PETER T. DALLEO, CLERK
BY _____
            Deputy Clerk

A-16

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            IN AND FOR THE DISTRICT OF DELAWARE

 3                        - - -

 4   UNITED STATES OF AMERICA,    :      Criminal Action
                                  :
 5              Plaintiff,        :
                                  :
 6        v.                      :
                                  :
 7   DARRYL CHAMBERS,             :
                                  :
 8              Defendant.        :      No. 97-105-RRM

 9                        - - -

10                   Wilmington, Delaware
                     November 17, 1998
11                      12:30 p.m.

12                        - - -

13   BEFORE:  HONORABLE RODERICK R. McKELVIE, U.S.D.C.J.

14   APPEARANCES:

15          ROBERT J. PRETTYMAN, ESQ.
            Assistant United States Attorney
16
                   Counsel for Government
17
            JOSEPH BENSON, ESQ.
18
                   Counsel for Defendant
19
                        - - -
20

21

22

23

24

25
```

2

1    THE COURT:  Mr. Benson and Mr. Prettyman, come on

2  up.

3    MR. PRETTYMAN:  Good afternoon, Your Honor.

4    MR. BENSON:  Hi, Judge.

5    THE COURT:  Actually, if you are ready to

6  proceed, you can just come right up.

7    MR. BENSON:  Okay.

8    THE COURT:  This is the time set aside for the

9  sentencing of Darryl Chambers, Criminal Action 97-105.  I see

10 Mr. Benson, Mr. Chambers, Mr. Prettyman.  Do you want to

11 start, Mr. Prettyman?  Do you have any comments?

12    MR. PRETTYMAN:  Your Honor, the Court is aware

13 and has signed a stipulation that the parties have proffered

14 to the Court for a 17-year sentence of imprisonment.  The

15 government would recommend that.  The government would note

16 in support of that 17-year recommendation is the weight of

17 the drugs, the time period in which the defendant was dealing

18 the drugs, the fact that he was the leader of the other

19 persons and receiving the proceeds, the substantial proceeds

20 of the drug distribution, and also the fact that he had two

21 prior possession-of-cocaine convictions for which he received

22 probation and violated that probation and yet had the

23 opportunity, a very good opportunity provided to him by the

24 basketball scholarships and did not take advantage of that.

25    I would only echo what his former coach said

A-18

3

1    about what a tremendous waste of potential and talent that we

2    have in front of us.

3           So the government would recommend a 17-year

4    sentence of imprisonment. I also have a motion and order to

5    dismiss Count Two of the indictment, pursuant to the

6    memorandum of plea agreement. I would like to hand it to the

7    Court. Mr. Benson has a copy.

8           THE COURT: Mr. Benson and Mr. Chambers.

9           MR. BENSON: Your Honor, I think Mr. Chambers

10   would like to just say a word or two on his behalf. I think

11   Your Honor has agreed to the sentence. I don't know that I

12   have to waste time. The only thing I would ask is for some

13   direction from the Court -- I know it is not binding. But I

14   wrote Your Honor months and months ago asking would you

15   consider please suggesting, for want of a stronger word, that

16   Mr. Chambers be allowed to serve his sentence at Fairton.

17          THE COURT: I am happy to do that. As you

18   know --

19          MR. BENSON: Mr. Chambers knows. At least that

20   might create some guidance for the Marshal's Office or the

21   prisons or whatever it is.

22          THE COURT: Did you want to say something?

23          THE DEFENDANT: Good afternoon, Your Honor.

24          First I would like to take this time to apologize

25   to the family, to the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, her two

4

1  children, ████████████████████████████████

2  and her two children, ██████████████ (phonetic).

3      I would also like to thank my family and

4  apologize to my family for the pain and suffering I have put

5  them through and I would like to thank them for their

6  support.

7      Your Honor, I would like to apologize to my

8  community for being a negative influence, when I had a chance

9  to really take the community in a positive direction. And I

10  would like to thank Your Honor for just giving me time to say

11  what I have to say. Thank you.

12      THE COURT: I see some people in the courtroom

13  who are here, perhaps friends and family.

14      THE DEFENDANT: Yes.

15      THE COURT: All right. We have a Total Offense

16  Level of 35, a Criminal History Category of II, an

17  Imprisonment Range of 188 to 235 months, supervised release

18  range of five years, a fine range of 20,000 to 4 million. I

19  am going to be waiving the fine. And I will be sentencing

20  within the Guideline range. Actually, I will be sentencing

21  to the stipulated time period of 17 years.

22      So I adopt the factual findings and Guideline

23  application.

24      I am not sure whether we need to advise Mr.

25  Chambers of his right to take an appeal. I think, out of an

A-20

5

1   abundance of caution, that if he has any rights, he needs to

2   exercise them I guess within ten days.

3           I wish you peace in prison.  I hope you find

4   peace and happiness and come back into society.

5                   MR. PRETTYMAN:  Thank you, Your Honor.

6                   THE COURT:  I will sign the motion dismissing.

7                   MR. BENSON:  Do you have to put on the record

8   about direction, or is that automatic?

9                   THE COURT:  I think what I said is sufficient.

10                  MR. BENSON:  About Fairton.

11                  THE COURT:  It will be in the presentence -- it

12  will be in the order that I enter recommending he go there.

13                  MR. PRETTYMAN:  Your Honor, it might be a good

14  idea to confirm that the defendant read the presentence

15  report and has no objections, given the lengthy sentence.

16                  THE COURT:  Do you agree with that, Mr. Benson?

17                  THE DEFENDANT:  Yes.

18                  MR. BENSON:  Yes, Your Honor.

19                  (Hearing concluded  at 12:40 p.m.)

20                          - - -

21  Reporter:  Kevin Maurer

22

23

24

25

A-21

# United States District Court

## District of Delaware

UNITED STATES OF AMERICA
v.

**Darryl Chambers**

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number: **1:97CR00105-001**

**Joseph W. Benson, Esq.**

Defendant's Attorney

### THE DEFENDANT:

☒ pleaded guilty to count(s)   **I of Indictment**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess cocaine and cocaine base ("crack") with intent to distribute | 12/08/1997 | I |
| 21 U.S.C. § 841 (a)(1) | Conspiracy to possess cocaine and cocaine base ("crack") with intent to distribute | 12/08/1997 | I |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **II of Indictment** _____ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ████████

Defendant's Date of Birth: ████████

Defendant's USM No.: **04022-015**

Defendant's Residence Address:

████████

████████

Defendant's Mailing Address:

████████

**11/17/1998**

Date of Imposition of Judgment

_Signature of Judicial Officer_

**Honorable Roderick R. McKelvie**

**United States District Judge**

Name & Title of Judicial Officer

**11/18/1998**

Date

A-22

AO 245B (Rev. 3/95) Sheet 2 - Imprisonment

DEFENDANT:      **Darryl Chambers**
CASE NUMBER:    **1:97CR00105-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___204___ **month(s)** .

☒ The court makes the following recommendations to the Bureau of Prisons:

**The defendant be placed at the Fairton, New Jersey facility.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m.  on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____

**UNITED STATES MARSHAL**

By _____

**Deputy U.S. Marshal**

AO 245B (Rev. 3/95) Sheet 3 - Supervised Release

DEFENDANT:       **Darryl Chambers**
CASE NUMBER:     **1:97CR00105-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____5_____ year(s) .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒  The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

**See Special Conditions of Supervision – Sheet    3.01**

# STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)  the defendant shall support his or her dependents and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or   other acceptable reasons;
6)  the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 3/95) Sheet 3 - Supervised Release

DEFENDANT:        **Darryl Chambers**
CASE NUMBER:      **1:97CR00105-001**

# SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall provide the probation officer with access to any requested financial information.

2.  The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction and discretion of the probation officer.

DEFENDANT:   Darryl Chambers
CASE NUMBER:   1:97CR00105-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $        100.00 | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . .   $ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

# RESTITUTION

☐ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Totals: | $ _____ | $ _____ | |

** Findings for the total amount of losses are i̶ committed on or after September 13, 1994.       A, 110, 110A, and 113A of Title 18 for offenses

A-26

AO 245B (Rev. 3/95) Sheet 5, Part B - Criminal Mo... Pen

Judgment-Page __5__ of __6__

DEFENDANT:      **Darryl Chambers**
CASE NUMBER:      **1:97CR00105-001**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A. ☒ in full immediately; or

B. ☐ $ _____ immediately, balance due (in accordance with C, D, or E); or

C. ☐ not later than _____; or

D. ☐ in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E. ☐ in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The National Fine Center will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**Criminal monetary penalty payments shall be made payable to Clerk, U.S. District Court.**

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the United States Courts National Fine Center, Administrative Office of the United States Courts, Washington, DC 20544, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. If the National Fine Center is not operating in this district, all criminal monetary penalty payments are to be made as directed by the court, the probation officer, c

A-27



Darryl Chambers 04022-015
FCI Otisville
P.O.Box 1000
Otisville, NY 10963

August 7, 2000

The Honorable Roderick R. McKelvie
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

Re: United States v. Darryl Chambers
Cr. A. No. 97-105-RRM

Dear Judge McKelvie:

I am writing this letter in regards to my rights of appeal.

After carefully reviewing numerous case law, I have found several
issues that could possibly reduce my sentence.

My reason for writing you this letter is to ask if I have time
to file my Direct Appeal or should I file a 2255.

Thank you for your time and consideration.

Respectfully,

Darryl Chambers

CERTIFIED: 11/8/04
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY
Deputy Clerk

A-28



U.S. POSTAGE
PITNEY BOWES
WILMINGTON DEL
19809
AUG 25 '00
$0.33
00022807-01

19801

0000

UNITED STATES
POSTAL SERVICE



HonoRABLE RoDRICK MCKELVIE
U.S. DISTRICT COURT
844 KING STREET
LOCK 28

1SB01/8990

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DARRYL CHAMBERS,                    )
                                    )
        Petitioner,               )
                                    )         Civil No. 04-1317-KAJ
        v.                        )         Criminal Act. No. 97-105-KAJ
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        Defendant.                )

### AFFIDAVIT OF SERVICE

I, Cynthia McMichael, an employee in the Office of the United States Attorney

for the District of Delaware, hereby attest under penalty of perjury that on the 25th day of March,

2005, I electronically filed a VOLUME I OF APPENDIX TO RESPONSE BY UNITED

STATES TO CHAMBERS' MOTION TO EXCUSE PROCEDURAL DEFAULT AND

MOTION TO GRANT WRIT with the Clerk of Court using CM/ECF. Said document is

available for viewing and downloading from CM/ECF. I also caused said document to be served

by placing two copies in the U.S. Mail at the following address:

Darryl Chambers
Pro Se Inmate
#04022-15
FCI - Allenwood
(Low Security Correctional Institution)
P.O. Box 1000
White Deer, PA 17887
LEGAL MAIL

_____
Cynthia L. McMichael
Legal Assistant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DARRYL CHAMBERS,                          :
                                          :
            Petitioner,                   :
                                          :  Civil Action No.  04-1317 – KAJ
      v.                                  :  Criminal Action No. 97-105-KAJ
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
            Respondent.                   :

### AFFIDAVIT OF SERVICE

I, Cynthia McMichael, an employee of the United States Attorney for the

District of Delaware, hereby attest under penalty of perjury that on the 19th day of October, 2005,

I electronically filed a Redacted Pubic Version of Docket Item 90 with the Clerk of Court using

CM/ECF. Said document is available for viewing and downloading from CM/ECF. I also caused

said document to be served on Petitioner Darryl Chambers by causing two copies of said

document addressed to him to be placed in the U.S. Mail for delivery to the following address:


Mr. Darryl Chambers, *Pro Se*
Reg. No. 04022-015
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887-1000
LEGAL MAIL

Cynthia L. McMichael
Legal Assistant
Cynthia.McMichael@usdoj.gov