Darryl Chambers
Register No. 04022-015
Low Security Correctional Institution
Allenwood Federal Complex
Post Office Box 1000
White Deer, Pennsylvania  17887-1000

28 October 2005

Mr. Robert Cruikshank
Deputy Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, Delaware  19801



Dear Mr. Cruikshank:

My name is Darryl Chambers.  I am writing you in reference
to the following cases:

**Cr. A. No. 97-105-KAJ**

**Civ. A. No. 04-1317-KAJ**

I am requesting updated docket sheets on the following cases
that are listed above.

Thank you for your time and help in this matter.

Respectfully requesting,

Darryl Chambers
Register No.  04022-015

NOTARIAL SEAL
Christine R. Vandine, Notary Public
Gregg Twp., Union County
My commission expires February 9, 2008

HARRISBURG PA 171

02 NOV 2005 PM 5 T

Mr. Robert Cruikshank
Deputy Clerk
United States District Court
844 King Street; Lock box 18
Wilmington, DE. 19801

Name: Dessyl Chambers
Register Number: 04092-015
Low Security Correctional Institution-Allenwood
P.O. Box
White Deer, PA 17887