OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 7, 2005

TO:  Darryl Chambers
     #04022-015
     FCI Allenwood
     P.O. Box 1000
     White Deer, PA 17887

   RE:  *Request for Docket Sheets*; CR 97-105, 04-1317(KAJ)

Dear Mr. Chambers:

   A letter has been received by the Clerk's office from you on 11/4/05 requesting docket sheets in the above mentioned cases.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court. The quote for a docket sheet in CR 97-105 is $5.50. The quote for a docket sheet in 04-1317 is $0.50.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Kent A. Jordan