Darryl Chambers
Reg.# 04022-105
L.S.C.I. Allenwood
P.O. Box 1000
White Deer, PA 17887

U.S. District Court
District of Delaware
Lockbox 18
844 King Street
Wilm. DE 19801
Attn; Clerk's Office

        Re: Criminal Case No. 97-CR-105 KAJ
           Civil Case No. 04-1317 KAJ

Dear Officer of the Court,

    This letter it to inquire as to whether the Court has reached a decision in the above mentioned case. I have a 2255 pending in the court and would like to know if the Honorable Judge Jordan has reached a decision in the matter. If you could kindly advise me of the status of this motion it would be greatly appreciated.
    Thank you in advance for your time and cooperation in this matter.



Sincerely,
Darryl Chambers

Name: Darryl Chambers
Register Number 04022-015
Low Security Correctional Institution-Allenwood
P.O. Box 1000
White Deer, PA 17887

HARRISBURG PA 171
06 APR 2006 PM 3 L

U.S.M.
X-RAY

Office of the Clerk
844 King St.
Wilm. DE 19801

19801+3519