OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 12, 2006

TO:  Darryl Chambers
     #04022-015
     FCI Allenwood
     P.O. Box 1000
     White Deer, PA 17887

     *RE:  Status Letter; CR 97-105(KAJ)*

Dear Mr. Chambers:

    This office received a letter from you requesting the status of criminal case 97-105.  Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court.  You will be advised by the Court as to further developments in your case. Enclosed please find a docket sheet for the above mentioned case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/bad                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Kent A. Jordan
enc. Docket Sheet

**COPY**



Darryl Chambers
Reg.# 04022-105
L.S.C.I. Allenwood
P.O. Box 1000
White Deer, PA 17887

U.S. District Court
District of Delaware
Lockbox 18
844 King Street
Wilm. DE 19801
Attn; Clerk's Office

            Re: Criminal Case No. 97-CR-105 KAJ
                Civil Case No. 04-1317 KAJ

Dear Officer of the Court,

     This letter it to inquire as to whether the Court has reach-
ed a decision in the above mentioned case.  I have a 2255 pending
in the court and would like to know if the Honorable Judge Jordan
has reached a decision in the matter.  If you could kindly advise
me of the status of this motion it would be greatly appreciated.
     Thank you in advance for your time and cooperation in this
matter.

**FILED**

APR 10 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RP scanned

                              Sincerely,
                              Darryl Chambers