ₒᵣᵢ **ORIGINAL**

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Darryl Chambers, | : | Criminal No. 97-CR-105-KAJ |
| Petitioner, | : | Civil No. 04-CV-1317-KAJ |
| v. | : | |
| UNITED STATES OF AMERICA, Respondent. | : | |

PETITIONER'S PRO SE
MOTION TO RENEW MOTION FOR EVIDENTIARY
HEARING

```
┌─────────────────────────┐
│        FILED            │
│                         │
│      AUG 28 2006        │
│                         │
│   U.S. DISTRICT COURT   │
│  DISTRICT OF DELAWARE   │
└─────────────────────────┘
```

AND NOW COMES Darryl Chambers, petitioner pro se, and hereby renews
the previously filed Motion For Evidentiary Hearing filed on or about
June 7, 2005, in response to this Honorable Court's December 3, 2004, ORDER
GRANTING the United States' motion to stay the filing of a response to the
instant §2255 motion.

To date, this Honorable Court has not issued an ORDER denying the
United States' motion to dismiss petitioner's §2255 motion. Therefore,
petitioner prays and respectfully moves this Honorable Court to deny the
United States' request for denial of the §2255, and ORDER the United States
Attorney to file a response, including an affidavit from counsel,
Joseph W. Benson, Esq., to corroborate or refute petitioner's allegations,
withing 10 days of the Court's ORDER of notice to deny the United States'
motion.

In the alternative, petitioner prays and moves this Honorable Court

-1-

for an evidentiary hearing on the issue of whether petitioner excercised due
diligence in discovering his lawyer's allegedly deficient failure to appeal
petitioner's sentence. Recent circuit court cases suggests that an evidentiary
hearing must be held, at the very minimum, before the outcome of this case
can be decided. See Wims v. United States, 225 F.3d 186 (2nd Cir. 2000);
Montenegro v. United States, 248 F.3d 585 (7th Cir. 2001); overruled on other
grds.; Ashley v. United States, 266 F.3d 671 (7th Cir. 2001), and
Aron v. United States, 291 F.3d 708 (11th Cir. 2002).

In this case, petitioner had written a letter to this Honorable Court
over concerns about possible issues for appellate review on August 7, 2000.
This letter was written subsequently to being advised by trial counsel's com-
munication to petitioner that petitioner did not have any issues to appeal.
This Court, via Clerk, Peter T. Dalleo, responded to said letter on August 21,
2000, intimating that petitioner file a motion to vacate pursuant to §2255,
as the Clerk's Office was not in any position to render legal advice. Sub-
sequently, petitioner filed a motion pursuant to §2255 to ascertain his appel-
late rights on the grounds that he is actually innocent of elements of $\S841(a)(1)$
offenses that exposed him to a life sentence, based upon counsel's advice
to stipulate to said elements at time of conviction.

WHEREFORE, petitioner prays and moves this Honorable Court for an
ORDER for the United States Attorney to respond to the allegations in the
§2255 motion, or in the alternative and in the interest of justice, an evidentiary
hearing on the issue of whether petitioner excercised due diligence in disco-
vering appellate counsel's allegedly deficient performance in failing to file
a notice of appeal.

Done this 24 day of August, 2006.

Respectfully Submitted,

Darryl Chambers - Pro Se
Reg. No. 04022-015
LSCI Allenwood
P.O. Box 1000
White Deer, PA  17887-1000

# PROOF OF SERVICE

I certify that on _8|24|06_ (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

Clerk's Office
U.S. District Court
District of Delaware
844 King Street
Lockbox 18
Wilmington, DE 19801
(Original and Two Copies of Motion to Renew Motion
for Evidentiary Hearing)

Robert J. Prettyman-AUSA
U.S. Attorney's Office
The Nemours Building
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, DE 19899
(One Copy-Same)

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on _8|24|a_ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Signature

Darryl Chambers - Pro Se
Reg. No. 04022-015
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887-1000

Dated: _8|24|a_

*Rev. 09/05*

7

DARRYL CHAMBERS #04022-015
LOW SECURITY CORRECTIONAL INSTITUTION-
ALLENWOOD
P O BOX 1000
WHITE DEER   PA   17887-1000

2006    HARRISBURG PA 171

7003

CLERK'S OFFICE
U S DISTRICT CO
DISTRICT OF DEL
844 KING STREET
WILMINGTON   DE