IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DARRYL CHAMBERS,                     )
                                     )
            Petitioner,              )
                                     )
      v.                             )      Civ. A. No. 04-1317-KAJ
                                     )      Cr. A. No. 97-105-KAJ
                                     )
UNITED STATES OF AMERICA,            )
                                     )
            Respondent.              )


**ORDER**

For the reasons set forth in the accompanying Memorandum issued in this action today, IT IS HEREBY ORDERED THAT:

1.  The Government's motion to dismiss petitioner Daryl Chambers' amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is GRANTED.  (D.I. 84)   Chambers' amended § 2255 motion is DISMISSED, and the relief requested therein is DENIED.  (D.I. 77)

2.  Chambers' motion to compel discovery is DENIED.  (D.I. 85)

3.  Chambers' motions for an evidentiary hearing are DENIED.  (D.I. 92; D.I. 100)

4.  I decline to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

UNITED STATES DISTRICT JUDGE

December 14, 2006
Wilmington, Delaware