Darryl Chambers #04022-015
L.S.C.I. ALLENWOOD
Post Office Box 1000
White Deer, PA 17887

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801

RE: Requesting copies information contained on docket sheet

Dear Mr. Dalleo:

   I, Darryl Chambers, am respectfully requesting a copy of a petition filed by USA for a Writ of Habeas Corpus ad prosequendum as to Darryl Chambers re: Initial Appearance on 12/18/1997 @ 2:30 pm docket number 2, and the Writ of Habeas Corpus ad Prosequendum issued as to Darryl Chambers for initial appearance on 12/18/1997 (Entered: 12/17/1997) docket number 3.
   My criminal case number is #1:97-cr-00105-KAJ-ALL. Thank you in advance for your time and cooperation into this matter. A timely response would be greatly appreciated.

Very truly yours,

Darryl Chambers

FILED
JAN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

1/12/07

Christine R. Vandine

NOTARIAL SEAL
Christine R. Vandine, Notary Public
Gregg Twp., Union County
My commission expires February 9, 2008

(2)

## Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

USA                    represented by **Robert J. Prettyman**
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Fax: (302) 573-6220
Email: robert.prettyman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/16/1997 | 1 | INDICTMENT as to Darryl Chambers (1) count(s) 1, 2 (ljj) (Entered: 12/17/1997) |
| 12/16/1997 | 2 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Darryl Chambers, re: Initial Appearance on 12/18/97 at 2:30 p.m. (ljj) (Entered: 12/17/1997) |
| 12/16/1997 | 3 | WRIT of Habeas Corpus ad Prosequendum issued as to Darryl Chambers for initial appearance on 12/18/97 (Exit 2 cert. copies to USM.) (ljj) (Entered: 12/17/1997) |
| 12/17/1997 |   | Deadline updated as to Darryl Chambers, set Initial Appearance for 2:30 12/18/97 for Darryl Chambers (ljj) (Entered: 12/17/1997) |
| 12/18/1997 | 4 | SENTENCING NOTICE of by USA as to Darryl Chambers (ljj) (Entered: 12/19/1997) |
| 12/18/1997 |   | Initial appearance held as to Darryl Chambers (Defendant informed of rights.); Trostle U.S. Magis. presiding; The deft. stated he has retained Joseph Benson as cnsl.; The Court granted govt. motion to detain pending det. hrg.; Detention Hearing set for 2:00 12/22/97 for Darryl Chambers (ljj) (Entered: 12/22/1997) |
| 12/18/1997 | 5 | MOTION by USA as to Darryl Chambers to detain pending trial (ljj) (Entered: 12/22/1997) |

Darryl Chambers
04022-015
U.S.M.S., X-RAY

HARRISBURG PA 171
16 JAN 2007 PM 4 L

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
Wilmington, DE 19801