OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 22, 2007

```
TO:   Darryl Chambers
      #04022-015
      FCI Allenwood
      P.O. Box 1000
      White Deer, PA 17887
```

**RE:  Request for Copywork; CR 97-105**

Dear Mr. Chambers:

    A letter has been received by the Clerk's Office from you requesting a copy of various items located in the case cited above. Please be advised that the case file is located at the Federal Records Center in Philadelphia, Pennsylvania. The cost for us to temporarily retrieve this record for copywork is $45.00, which must be paid for in advance, prior to copywork calculations, etc. Also, please note that in accordance with the directive from the Judicial Conference of the United States the fee for copy work is $.50 (fifty) cents per page. Any copy work you may request would be in addition to the noted retrieval fee.

    To begin the process of retrieving subject case file from the Archives, you should forward a check or money order for $45.00, payable to Clerk, U.S. District Court. When the case file arrives from the Archives, we will then be able to calculate the cost for the items that you want copied, such as the aforementioned sentencing order or judgment, etc. Any transcripts that you might want copied must be ordered from and paid directly to the Chief Court Reporter. Items that are restricted documents, such as Pre-sentence Reports, are not available from the case file or Clerk's office. You must contact the U.S. Probation Office for information about such matters.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                     Sincerely,

/ead                              PETER T. DALLEO
                                   CLERK