UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

Darryl Chambers,
    Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,
    Respondant-Appellee.

Civil No. 04-CV-1317-KAJ
Criminal No. 97-CR-105-KAJ

Appeal No. 07-1076

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

AND NOW COMES Darryl Chambers, petitioner-appellant pro se, on ORDER from the United States Court of Appeals for the Third Circuit, to file a motion for leave to proceed on appeal in forma pauperis with this Court. Petitioner-Appellant submits under penalty of perjury pursuant to 28 U.S.C. §1746, that because of my poverty, I am unable to pay the costs of said proceeding or give security thereof, and I believe that I am entitled to redress and relief. An affidavit of poverty is attached hereto for the Court's perusal.

Done this 18th day of January, 2007.

Respectfully Submitted,

Darryl Chambers - Pro Se
Reg. No. 04022-015
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887-1000

FILED
JAN 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

-1-

AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

DISTRICT OF __Delaware__

Darryl Chambers,
    Petitioner-Appellant

V.

UNITED STATES OF AMERICA,
    Respondant-Appellee.

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: Appeal No. 07-1076
Civil No. 04-CV-1317KAJ

I, __Darryl Chambers__, declare that I am the (check appropriate box)

[x] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

> Whether the district court erred in failing to hold an evidentiary hearing to determine whether AEDPA's statute of limitations can be equitably tolled on the basis of actual innocence.

In further support of this application, I answer the following questions.

1. Are you presently employed?      Yes [x]    No [ ]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
$8 per month
Allenwood Low Security Correctional Institution
P.O. Box 1000
White Deer, PA 17887

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment    Yes [ ]   No [x]
    b. Rent payments, interest or dividends?    Yes [ ]   No [x]
    c. Pensions, annuities or life insurance payments?    Yes [ ]   No [x]
    d. Gifts or inheritances?    Yes [x]   No [ ]
    e. Any other sources?    Yes [ ]   No [x]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. I receive money from family monthly. In the past twelve months, I received approximately $2,400.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/17/07
(Date)                                          Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 449.72 on account to his credit at the LSCI Allenwood institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ 376.90

NOTARIAL SEAL
Christine R. Vandine, Notary Public
Gregg Twp., Union County
My commission expires February 9, 2008

Christine R. Vandine   1/17/07
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge        Date | United States Judge        Date |
|                                  | or Magistrate                   |

# PROOF OF SERVICE

I certify that on Jan. 18, 2007 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

```
Clerk's Office                                    Robert J. Prettyman-AUSA
U.S. District Court                               U.S. Attorney's Office
District of Delaware                              District of Delaware
Lockbox 18                                        The Nemours Building
844 King Street                                   1007 Orange Street, Suite 700
Wilmington, DE  19801                             P.O. Box 2046
(Original and Three Copies of Motion for Leave to Appeal    Wilmington, DE  19899
In Forma Pauperis and Affidavit of Poverty)                 (One Copy-Same)
                              and
Clerk, U.S. Court of Appeals, Third Circuit - One Copy-Same
```

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 01-18-07 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

*[Signature]*
Signature

```
                   Darryl Chambers - Pro Se
                   Reg. No. 04022-015
                   LSCI Allenwood
Dated: Jan. 18, 2007   P.O. Box 1000
                   White Deer, PA  17887-1000
```

Rev. 09/05

7

OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4943

www.ca3.uscourts.gov

January 11, 2007

Mr. Darryl Chambers #04022-015
Allenwood LSCI
P.O. Box 1000
White Deer, PA   17887

**RE: Docket No. 07-1076**
**USA vs. Chambers**
**D. C. No. 97-cv-00105**

Dear Mr. Chambers:

We have today docketed the above-captioned case, filed by Darryl Chambers, as No. **07-1076**. This docket number must appear on all documents related to this case which are submitted to this Court.

**CAPTION:** Attached please find a copy of the full caption in this matter taken from the district court docket. Please review this attachment carefully and promptly advise this office in writing of any discrepancies. The caption is as the case was originally docketed unless the district court has specifically ordered otherwise.
**N.B.** The mere fact that a party has been terminated from the action does not automatically result in the party being deleted from the caption unless the district court has entered an order directing that the caption be so amended.

> **Please read the following carefully. Each of the following paragraphs identifies a responsibility that must be met immediately.**
>
> Failure of the appellant to comply with the following requirement(s) by the date established below will result in DISMISSAL of the case without further notice, pursuant to Third Circuit LAR Misc. 107.

**FEES STATUS:**
Payment of fees is required upon filing a Notice of Appeal from a District Court decision unless you are exempt by order of the Court. All fees are to be paid to the District Court. The following fees are currently unpaid:

    $5.00    District Court filing fee
    $450.00  Court of Appeals docket fee

If you intend to proceed without paying the fees, it will be necessary for you to file a Motion for Leave to Proceed In Forma Pauperis with the Clerk of the District Court. Such motion should consist of an

original and three (3) copies, together with an affidavit of poverty (form enclosed) which complies with the provisions of 28 U.S.C. Sec. 1746. A copy of your motion must be sent to opposing counsel and this office must be advised in writing that such service has been made.

Fees must be paid, or a motion filed, by **1/25/07**. Third Circuit LAR 3.3.

The requirements for the filing of an appearance form, disclosure statement and civil appeal information statement are waived for pro se litigants.

**RULES AND PROCEDURES:**
The Local Appellate Rules (LARs) and the Court's Internal Operating Procedures (IOPs) are printed in several federal publications. Copies of the LARs and the IOPs are available upon written request through the Clerk's office. The most recent amendments to the LARs and IOPs are also available on the Court's website at www.ca3.uscourts.gov.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: *Pam Batts*
Pam Batts
Case Manager

cc:     Robert J. Prettyman, Esq.

Enclosures:
        Affidavit of Poverty Form
        Information for Pro Se Litigants
        Caption

