IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARRYL CHAMBERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 04-1317-KAJ |
| | ) | Crim. A. No. 97-105-KAJ |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

At Wilmington this ___ day of January, 2007;

IT IS ORDERED that:

Petitioner Darryl Chambers' motion to proceed *in forma pauperis* on appeal (D.I. 108) is **GRANTED**. See Federal Rule of Appellate Procedure 24(a); 28 U.S.C. § 636(b)(1)(A); *Woods v. Dahlberg*, 894 F.2d 187, 188 (6th Cir. 1990)(holding that a magistrate judge has the authority to grant a motion to proceed *in forma pauperis*); *cf. Lister v. Department of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005)(holding that magistrate judge does not have the authority to enter an order denying a motion to proceed *in forma pauperis* because the order is dispositive).

Honorable Mary Pat Thynge
U.S. Magistrate Judge