HLD-102 (June 2007)                                                                 June 1, 2007

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
C.A. No. 07-1076

UNITED STATES OF AMERICA

    vs.

DARRYL CHAMBERS
(D. DEL. CIV. NO. 97-CR-00105)

Present:     <u>CHIEF JUDGE</u> SCIRICA, WEIS and GARTH, <u>CIRCUIT JUDGES</u>

    Submitted are:

(1)     Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

(2)     Appellee's response; and

(3)     Appellant's reply

in the above-captioned case.

    Respectfully,

    Clerk

_____ORDER_____

The foregoing request for a certificate of appealability is denied. For the reasons explained by the District Court, jurists of reason would not debate the correctness of the District Court's decision to dismiss Appellant's motion under 28 U.S.C. § 2255 as time-barred. See <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). Additionally, Appellant fails to show that he is entitled to equitable tolling. See <u>Johnson v. Hendricks</u>, 314 F.3d 159 (3d Cir. 2002).

    By the Court,

    S/WEIS
    United States Circuit Judge

Dated: June 12, 2007
PDB/cc: Mr. Darryl Chambers
       Robert J. Prettyman, Esq.

A True Copy:

Marcia M. Waldron, Clerk