AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Darryl Chambers | ) Case No: 1:97CR00105-001 |
| | ) USM No: 04022-015 |
| Date of Previous Judgment: November 17, 1998 | ) Edson Bostic |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __204__ months **is reduced to** __151 months.__

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __35__          Amended Offense Level: __33__
Criminal History Category: __II__        Criminal History Category: __II__
Previous Guideline Range: __188__ to __235__ months   Amended Guideline Range: __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.

Other (explain):   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure and the reduced sentence is comparably less than the amended guideline range.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __11/17/98__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 16, 2008                  _____ (Judge's signature)

Effective Date: _____            U.S. District Judge Joseph J. Farnan, Jr.
(if different from order date)               Printed name and title